458

*Lawrence Jones,* appellant, in propria persona.

*Frank P. Lawley, Jr.,* Deputy Attorney General, and *Walter E. Alessandroni,* Attorney General, for appellee.

OPINION PER CURIAM, March 17, 1964:
Order affirmed on the opinion of Judge MILLER of the Court of Common Pleas of Dauphin County, published in 33 Pa. D. & C. 2d 9.

## Steets, Appellant, *v.* Sovereign Construction Co., Ltd.

Argued November 21, 1963. Before BELL, C. J., MUSMANNO, JONES, COHEN, O'BRIEN and ROBERTS, JJ.

*John J. McCarty*, with him *Charles A. Lord*, and *Richter, Lord, Toll and Cavanaugh*, for appellant.

*Francis E. Marshall*, for appellee.

OPINION PER CURIAM, March 17, 1964:
Judgment affirmed on the opinion of Judge GUERIN, published in 32 Pa. D. & C. 2d 690.

## Logue *v.* Guaracino, Appellant.

Argued January 16, 1964. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.